JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN RODRIGUEZ, | Case No. 5:22-cv-02045-RGK-SHKx |
| Plaintiff(s), | |
| vs. | ORDER DISMISSING ACTION FOR LACK OF PROSECUTION |
| COUNTY OF SAN BERNARDINO, ET AL., | |
| Defendant(s). | |

On February 23, 2023, the Court issued an Order to Show Cause re Dismissal for Lack of Prosecution ("OSC"), which ordered plaintiff to file timely proof of service of the summons and complaint on all defendants.  To date, Plaintiff has failed to file a response to the OSC. Finding no good cause to the contrary, the Court orders the case dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: 3/14/2023

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE